USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/20/2020__

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself
and all others similarly situated,

                             Plaintiff,

        -v-

AGILITY BED, INC.,

                          Defendant.

Civil Case Number: 1:20-cv-08011-AT

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 19, 2020 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-08011-AT**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED.

Dated: November 20, 2020
     New York, New York

_____
ANALISA TORRES
United States District Judge